☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| In re: **Angela Rollo-Cates** | Case No. 17-27833 |
| Debtors: | Chapter 13 |

# CHAPTER 13 PLAN

**ADDRESS:** (1) 8328 Heatherglen
Germantown, TN 38138             (2)

**PLAN PAYMENT:**
**Debtor(1)** shall pay $ **5,100.00**   (☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☐ PAYROLL DEDUCTION From: **3 Doodlebugs Smocked and Monograming**    OR ( X ) DIRECT PAY

**Debtor(2)** shall pay $   (☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☐ PAYROLL DEDUCTION From:       OR (   ) DIRECT PAY

**1. THIS PLAN [Rule 3015.1 Notice]:**

(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]   ☐ YES   ■ NO
(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]   ■ YES   ☐ NO
(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].   ☐ YES   ■ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; OR ■ Not included in Plan; Debtor(s) to provide proof of insurance at §341meeting.

**4. DOMESTIC SUPPORT:**                                                                                                    Monthly Plan Payment:

**None**   Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, OR ☐ Trustee to:
ongoing payment begins                                                                                                            $
Approximate arrearage:

**5. PRIORITY CLAIMS:**

-NONE-                    Amount                                                          $

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); OR ■ Paid by Trustee to:

| | | | | | |
|---|---|---|---|---|---|
| **City Bank** | ongoing payment begins | | | | $**459.00** |
| | Approximate arrearage: | **5,355.00** | Interest | **3.00** | |
| **Nationstar Mortgage** | ongoing payment begins | **November 01,2017** | | | $**2,038.00** |
| | Approximate arrearage: | **19,000.00** | Interest | **3.00** | |
| **Wells Fargo** | ongoing payment begins | | | | $**161.00** |
| | Approximate arrearage: | **0.00** | Interest | **3.00** | |
| **Wells Fargo** | ongoing payment begins | | | | $**906.00** |
| | Approximate arrearage: | **5,500.00** | Interest | **3.00** | |

**7. SECURED CLAIMS:**

[Retain lien 11 U.S.C. §1325 (a)(5)]       Value of Collateral:        Rate of Interest       Monthly Plan Payment:

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

| [Retain lien 11 U.S.C. §1325 (a)] | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **Huntington National Bank** | 17,500.00 | 5.00 | $331.00 |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

| | | |
|---|---|---|
| **Nationstar Mortgage** | Collateral: | **933 North Avalon Memphis, TN 38107  Shelby County** |
| **Seterus** | Collateral: | **1520 Vollintine Avenue Memphis, TN 38107  Shelby County** |

**10. SPECIAL CLASS UNSECURED CLAIMS:**

| | Amount: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **-NONE-** | | | $ |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

**None**      ☐ Not provided for  **OR**  ☐ General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

**-NONE-**

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $82,799.00**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐ _____ %, OR,
■ **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

**None**      ☐ Assumes  **OR**  ☐ Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

   ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

**/s/ Gary L. Jewel**                                                                 Date **September 21, 2017**                      .
**Gary L. Jewel 5107**
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**